IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Federal Insurance Company,<br><br>　　　　Plaintiff(s),<br>　v.<br><br>St. Paul Fire & Marine Insurance Company et al.,<br><br>　　　　Defendant(s). | NO. C 05-01878 JW<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

The Court conducted an initial case management conference on October 3, 2005. Based upon the conference, the Court sets a further case management conference for January 9, 2006 at 10:00 a.m. The parties shall file an updated joint case management statement no later than December 28, 2005.

Dated: October 4, 2005　　　　　　　　　　　　/s/James Ware
　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Marc J. Shrake mshrake@zelle.com
Melissa A Dubbs mdubbs@newtonremmel.com
3  Stephen Newton efile@newtonremmel.com
Thomas R. Beer tbeer@barwol.com
4  William Lee leew@wemed.com

5  **Dated: October 4, 2005**          **Richard W. Wieking, Clerk**

6

7                                                                **By:   /s/JW Chambers**
                                                                  **Ronald L. Davis**
                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California