IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Federal Insurance Company, | NO. C 05-01878 JW |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| St. Paul Fire & Marine Insurance Company, | |
| Defendant. | |

The case management conference currently scheduled for January 9, 2006 is continued to Monday, May 8, 2006 at 10:00 a.m.

Dated: January 4, 2006                               /s/ James Ware
05eciv1878ctdcmc                                     JAMES WARE
                                                     United States District Judge

*United States District Court*
*For the Northern District of California*

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Marc J. Shrake mshrake@zelle.com
Melissa A Dubbs mdubbs@newtonremmel.com
3 Stephen Newton efile@newtonremmel.com
Thomas R. Beer tbeer@barwol.com
4 William Lee wlee@barwol.com

**Dated: January 4, 2006**                              **Richard W. Wieking, Clerk**

**By:__/s/ JW Chambers_____**
      **Melissa Peralta**
      **Courtroom Deputy**