|   |   |
|---|---|
| 1 | Robert G. Levy (081024) |
|   | Thomas R. Beer (148175) |
| 2 | Angèle Motlagh (228588) |
|   | BARGER & WOLEN LLP |
| 3 | 650 California Street, 9th Floor |
|   | San Francisco, California 94108 |
| 4 | Telephone:   (415) 434-2800 |
|   | Facsimile:   (415) 434-2533 |
| 5 | Email:   rlevy@barwol.com |
|   | Email:   tbeer@barwol.com |
| 6 | Email:   wlee@barwol.com |

Attorneys for Counter-Claim Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

Marc J. Shrake (219331)
Georgiana V. Palanca (198848)
ZELLE, HOFMANN, VOELBEL,
MASON & GETTE LLP
660 South Figueroa Street, Suite 1900
Los Angeles, California 90017
Telephone:   (213) 895-4150
Facsimile:   (213) 895-4155
Email:   mshrake@zelle.com

Attorneys for Defendant and Counter-Claim Plaintiff
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Stephen L. Newton (57897)
Melissa A. Dubbs (163650)
NEWTON REMMEL
A Professional Corporation
1451 Grant Road
Post Office Box 1059
Mountain View, California 94042
Telephone:   (650) 903-0500
Facsimile:   (650) 967-5800
Email:   snewton@newtonremmel.com
Email:   mdubbs@newtonremmel.com

Attorneys for Plaintiff and Counter-Claim
Defendant FEDERAL INSURANCE COMPANY

\\\

\\\

\\\

\\\

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER  - 1 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | Case No.: C-05-01878 JW<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT (F.R.C.P. 26(f) AND [PROPOSED] ORDER<br><br>Date:         May 8, 2006<br>Time:        10:00 a.m.<br>Courtroom:  8<br>Trial Date:  None |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Counter-Claim Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Counter-Claim Defendants. | |

Defendant and Counter-Claim Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("St. Paul") and Plaintiff and Cross-Claim Defendant FEDERAL INSURANCE COMPANY ("Federal") and Cross-Claim Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union") present the following Further Joint Case Management Conference Statement in this case.

## BRIEF DESCRIPTION OF THE CASE

This is an insurance coverage action that arises out of underlying litigation brought by Fujitsu Limited against Cirrus Logic, Inc. ("Cirrus Logic"), the insured of the parties to the

1. present action. This is a dispute over the amount of money that the insurance companies who are the parties in this case are required to contribute to the settlement of an underlying lawsuit against their insured, Cirrus Logic. St. Paul, Federal, and National Union issued policies of insurance to Cirrus Logic. The Federal policy is excess to the St. Paul policy, and the National Union policy is excess to the Federal policy and the St. Paul policy.

## DISCLOSURES

1. The parties have exchanged disclosures for all categories under Fed. R. Civ. P. 26(a)(1).

## DISCOVERY

2. The parties are engaged in discovery. Federal sent out its first set of discovery to St. Paul and received responses, which it has reviewed. Federal is in the process of meeting and conferring with St. Paul's counsel regarding its responses.

3. St. Paul expects to propound discovery to Federal in the next five days.

4. Moreover, as previously disclosed to the Court, the parties jointly obtained a complete copy of the database created in the Underlying Action. The database created in the Underlying Action contains literally millions of pages of documents. These documents include: (1) highly technical lab tests, results and analysis; (2) depositions with hundreds of exhibits attached; and (3) hundreds of thousands of email messages, memos and letters dealing with the fabrication, placement and failure of the at-issue chips. The review of that database has been challenging. However, the parties have almost completed that review.

5. The parties request that the Court not set a trial date or any other litigation deadlines at this time. The parties would request that the Case Management Conference be continued for another 30 days so that the parties can fully complete their review of the database, which will assist the parties in streamlining the discovery process in this action, and complete their initial discovery. The parties will then be in a better position to meaningfully discuss the

/////

G:\docs\p2977\04013461.DOC

scheduling of any motions for summary judgment and/or partial summary judgment, a trial date, and other litigation deadlines.

Dated: April 24, 2006

BARGER & WOLEN, LLP

By: ___/s/___
Robert G. Levy
Thomas R. Beer
Angele Motlagh
Attorneys for Counter-Claim Defendants NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Dated: April 24, 2006

ZELLE, HOFMANN, VOELBEL, MASON & GETTE, LLP

By: ___/s/___
Marc J. Shrake
Georgiana V. Palanca
Attorneys for Defendant and Counter-Claim Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: April 24, 2006

NEWTON REMMEL

By: _____
Stephen L. Newton
Melissa A. Dubbs
Attorneys for Plaintiff and Counter-Claim Plaintiff FEDERAL INSURANCE COMPANY

## CASE MANAGEMENT ORDER

The Further Case Management Statement and Proposed Order is hereby adopted by the Court. The Case Management Conference is continued until June 19, 2006 at 10:00am.

Dated: May 3, 2006

/s/ James Ware
THE HONORABLE JAMES WARE

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER   - 4 -