IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Federal Insurance Company, | NO. C 05-01878 JW |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| St. Paul Fire & Marine Insurance Company, | |
| Defendant. / | |

Based on the parties' Joint Case Management Statement (Docket Item No. 28), the case management conference currently scheduled for June 19, 2006 is continued to July 17, 2006 at 10:00 a.m.

Dated: June 15, 2006              /s/ James Ware
05eciv1878ctdcmc2                 JAMES WARE
                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Marc J. Shrake mshrake@zelle.com
Melissa A Dubbs mdubbs@newtonremmel.com
Stephen Newton efile@newtonremmel.com
Thomas R. Beer tbeer@barwol.com
William Lee wlee@barwol.com

**Dated: June 15, 2006**                                          **Richard W. Wieking, Clerk**

                                                                  **By:_/s/ JW Chambers_____**
                                                                       **Melissa Peralta**
                                                                       **Courtroom Deputy**