UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FEDERAL INSURANCE COMPANY

Plaintiff(s),

v.

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

Defendant(s).

CASE NO. C 05-1878 JW

STIPULATION AND
[PROPOSED] ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [X] Private ADR (*please identify process and provider*) MEDIATION - PARTIES WILL AGREE UPON A PRIVATE MEDIATOR

The parties agree to hold the ADR session by:
- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [X] other requested deadline PLEASE SEE ATTACHED SHEET

Dated: August 3, 2006

Stephen L. Newton
Melissa A. Dubbs
NEWTON REMMEL
Attorneys for Plaintiff and
Counterclaim Defendant Federal
Insurance Company

American LegalNet, Inc.
www.USCourtForms.com

Dated: 8/3/06

Mark J. Shrake
Georgiana V. Palanca
ZELLE, HOFMANN, VOELBEL,
MASON & GETTE LLP
Attorneys for Defendant and
Counter-Claim Plaintiff St. Paul
Fire and Marine Insurance
Company

Dated: 8/3/06

Robert G. Levy
Thomas R. Beer
BARGER & WOLEN LLP
Attorneys for Counter-Claim
Defendant National Union Fire
Insurance Company of Pittsburgh,
PA

American LegalNet, Inc.
www.USCourtForms.com

## Attachment to Stipulation and [Proposed] Order Selecting ADR Process

Other requested deadline to hold Private ADR:

The parties believe that any private mediation can most productively be conducted at a mutually convenient date and time after at least some pertinent discovery has occurred, in order to maximize the chances of a fruitful outcome to mediation. Thus, the parties believe that any private mediation should be held on or before April 11, 2007.

American LegalNet, Inc.
www.USCourtForms.com

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other April 11, 2007

IT IS SO ORDERED.

Dated: August 9, 2006

*/s/ James Ware*
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

American LegalNet, Inc.
www.USCourtForms.com