UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation, | ) | Case No: C 05-01878 JW |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN SCHEDULED DATES** |
| vs. | ) | |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation, | ) ) | |
| Defendant. | ) | |
| AND RELATED COUNTERCLAIM. | ) | |

Pursuant to Civil Local Rules 6-2 and 7-12, the Parties submit the following Stipulation and [Proposed] Order Extending Certain Scheduled Dates:

**WHEREAS,**

1. This action was filed by Federal Insurance Company ("Federal") against St. Paul Fire and Marine Insurance Company ("St. Paul") on May 6, 2005. On June 24, 2005, St. Paul filed a counterclaim against Federal and National Union Fire Insurance Company of Pittsburgh, PA ("National Union").

2. Extraordinary circumstances require that St. Paul request that the scheduling in this case to extended by approximately 30 days.

3. St. Paul has been represented throughout this case by attorney Marc Shrake, formerly of the Los Angeles office of Zelle, Hofmann, Voelbel, Mason & Gette LLP ("Zelle Hofmann").

4. On May 1, 2007, Zelle Hofmann announced the closure of its Los Angeles office. Based on this development, St. Paul requested, and Federal and National Union agreed, and the Court entered an Order on May 14, 2007, to extend the dates in this case by approximately 60 days. A copy of this Scheduling Order is attached as Exhibit A.

5. Mr. Shrake has now joined the law firm of Squire, Sanders & Dempsey L.L.P. ("Squire Sanders"), and St. Paul is in the process of transferring responsibility for this case to Mr. Shrake at his new firm. However, Mr. Shrake has advised counsel for Federal and National Union that he has encountered possible conflict issues and is working diligently to resolve them, including obtaining any necessary consents or waivers from Federal and National Union and/or their respective affiliated companies. Mr. Shrake anticipates that these matters can be resolved in the next 30 days.

6. The Parties have, to date, completed five depositions and, on July 23, participated in a mediation with Mr. Martin Quinn of JAMS in San Francisco. The parties are continuing to discuss possible resolution of this case through Mr. Quinn via telephone.

7. A Scheduling Order was issued on July 12, 2006, essentially adopting the schedule in the parties' Joint Case Management Statement and Proposed Order. A copy of this Scheduling Order is attached as Exhibit B.

8. A Stipulation and Order Extending Certain Trial Dates was issued on February 27, 2007, due to the time necessary to analyze voluminous discovery including a database produced by Cirrus Logic exceeding 500 Giga Bytes and to locate and arrange for the depositions of certain witnesses no longer employed by any party. A copy of this Stipulation and Order is attached as Exhibit C.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** that the following scheduled dates, which have not yet passed, should be extended and rescheduled by approximately 30 days, or as soon thereafter as permitted by the Court, as follows:

- Close of Discovery shall be **November 21, 2007** (formerly October 24, 2007).
- Last Date for Hearing Dispositive Motions shall be **February 4, 2008** (formerly January 7, 2008).
- Preliminary Pretrial Conference Statements shall be due **February 22, 2008** (formerly January 23, 2008).
- The Preliminary Pretrial Conference and Trial Setting Conference shall be scheduled for Monday, **March 3, 2008** (formerly February 4, 2008).
- All associated dates set forth in the Scheduling Order, which have not yet passed, including expert witness disclosures, expert witness reports, expert witness objections, and rebuttal expert witness disclosures, are also extended and rescheduled by 30 days.

STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN SCHEDULED DATES
- 3 -

1
2  **IT IS SO STIPULATED.**
3  Dated: August _____, 2007                NEWTON REMMEL
4
5
6                                            By: _____
                                             Stephen L. Newton
7                                            Gabriel G. Gregg
                                             Attorneys for Plaintiff and Counterclaim
                                             Defendant
8                                            FEDERAL INSURANCE COMPANY
9
10 Dated: August 2, 2007
11
12                                           By: /s/ Marc J. Shrake
                                             Marc J. Shrake
13                                           Attorney for Defendant and Counterclaim
                                             Plaintiff
14                                           ST. PAUL FIRE AND MARINE
                                             INSURANCE COMPANY
15
16
17 Dated: August 1, 2007                     BARGER & WOLEN LLP
18                                           By: /s/ Thomas R. Beer
19                                           Thomas Beer
                                             Attorneys for Counterclaim Defendant
20                                           NATIONAL UNION FIRE INSURANCE
                                             COMPANY OF PITTSBURGH, PA
21
22                              **ORDER**
23 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
24
25 Dated: August 8, 2007                     /s/ James Ware
                                             THE HONORABLE JAMES WARE
26                                           United States District Judge
27
28
   STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN SCHEDULED DATES
                                    - 4 -

IT IS SO STIPULATED.

Dated: August 6, 2007                NEWTON REMMEL

By: /s/ Stephen J. Newton
Stephen L. Newton
Gabriel G. Gregg
Attorneys for Plaintiff and Counterclaim Defendant
FEDERAL INSURANCE COMPANY

Dated: August _____, 2007

By: _____
Marc J. Shrake
Attorney for Defendant and Counterclaim Plaintiff
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: August _____, 2007          BARGER & WOLEN LLP

By: _____
Thomas Beer
Attorneys for Counterclaim Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August _____, 2007
_____
THE HONORABLE JAMES WARE
United States District Judge