UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

IT IS SO ORDERED

*James Ware*

Judge James Ware

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>       Defendant. | Case No. C 05 01878 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE EXPERT DISCOVERY** |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>       Counter-Claim Plaintiff,<br><br>   vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation<br><br>       Counter-Claim Defendants. | |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300

STIPULATION AND [PROPOSED] ORDER
EXTENDING THE DEADLINE TO COMPLETE
EXPERT DISCOVERY

1

2          Pursuant to Civil Local Rules 6-2 and 7-12, the Parties submit the following Stipulation

3   and [Proposed] Order Extending the Deadline to Complete Expert Discovery:

4          **WHEREAS:**

5          1.      This action was filed by Federal Insurance Company ("Federal") against St. Paul

6   Fire and Marine Insurance Company ("St. Paul") on May 6, 2005.  On June 24, 2005, St. Paul

7   filed a counterclaim against Federal and National Union Fire Insurance Company of Pittsburgh,

8   PA ("National Union").

9          2.      The close of discovery is currently scheduled for November 21, 2007.

10         3.      A Scheduling Order was issued on July 12, 2006, essentially adopting the schedule

11   in the parties' Joint Case Management Statement and Proposed Order.  A copy of this Scheduling

12   Order is attached as Exhibit A.

13         4.      A Stipulation and Order Extending Certain Trial Dates was issued on February 27,

14   2007, due to the time necessary to analyze voluminous discovery including a database produced

15   by Cirrus Logic exceeding 500 Giga Bytes and to locate and arrange for the depositions of certain

16   witnesses no longer employed by any party.  A copy of this Stipulation and Order is attached as

17   Exhibit B.

18         5.      A Stipulation and Order Extending Certain Scheduled Dates was issued on May

19   14, 2007, due to the extraordinary circumstances of Zelle, Hofmann, Voelbel, Mason & Gette

20   LLP, St. Paul's counsel's law firm of record, announcing the closure of its Los Angeles office.  A

21   copy of this Stipulation and Order is attached as Exhibit C.

22         6.      A Stipulation and Order Extending Certain Scheduled Dates was issued on August

23   8, 2007, due to the time necessary for Marc J. Shrake, St. Paul's counsel, to transition from Zelle,

24   Hofmann, Voelbel, Mason & Gette LLP to Squire, Sanders & Dempsey L.L.P.  A copy of this

25   Stipulation and Order is attached as Exhibit D.

26         7.      All parties have been working diligently to complete discovery in this complex

27   insurance coverage matter before November 21, 2007.  To date, seven fact witness depositions

28   have been taken, and five additional depositions are currently scheduled.

8.   St. Paul served its expert witness designation on September 20, 2007.

9.   Federal served its rebuttal expert disclosure on October 5, 2007, to which National Union has served a joinder.

10.   Federal filed its Motion for Summary Judgment on October 15, 2007 and St. Paul filed its Cross-Motion for Summary Judgment on November 5, 2007. The hearing on these motions is currently set for December 10, 2007. The last day to hear dispositive motions is February 4, 2008.

11.   The parties are attempting reasonably and expediently to schedule the depositions of the four expert witnesses who have been designated, but are not likely to be able to do so before the close of discovery.

12.   Accordingly, the parties wish to extend from November 21, 2007 to January 31, 2008, the deadline to complete expert discovery.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** that expert discovery shall be completed by January 31, 2008.

**IT IS SO STIPULATED.**

Dated:  November 9, 2007

NEWTON REMMEL

By: _____
Stephen L. Newton
Gabriel G. Gregg
Attorneys for Plaintiff and Counterclaim
Defendant
FEDERAL INSURANCE COMPANY

Dated:  November 8, 2007

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
Marc J. Shrake
Attorneys for Defendant and
Counterclaimant
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  November __8__, 2007                    BARGER & WOLEN LLP

By: _Thomas R. Beer_____
      Thomas Beer
      Attorneys for Counterclaim Defendant
      NATIONAL UNION FIRE INSURANCE
      COMPANY OF PITTSBURGH, PA


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  ___November 21___, 2007          _James Ware_____
                                          The Honorable James Ware
                                          United States District Judge

**EXHIBIT A**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Federal Insurance Co., | No. C 05-01878 JW |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| St. Paul Fire & Marine Ins. Co., | |
| Defendant. | |

Upon filing, this case was scheduled for a case management conference on July 17, 2006. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. Based on their joint submission, it appears that a schedule for the case can be set without the necessity of an appearance at this time. Accordingly, the case management conference is cancelled and the parties are ordered to comply with the following schedule:

### Case Schedule

| | |
|---|---|
| **Preliminary Pretrial Conference and Trial Setting Conference (¶ 12)** | **October 22, 2007** |
| **Preliminary Pretrial Conference Statements Due** *(10 days before conference)* **(¶ 11)** | **October 12, 2007** |

| | |
|---|---|
| 1 **Last Date for Hearing**<br>**Dispositive Motions (¶ 10)** | **September 10, 2007** |
| 2 *(42 days before Preliminary Pretrial Conference)* | |
| | **July 13, 2007** |
| 3 **Close of Discovery (¶ 9)** | |
| 4 **Deadline for parties to contact**<br>**Court's ADR Program to select and** | **July 27, 2006** |
| 5 **schedule ADR procedure (¶ 15)**<br>*(15 days after the date of this Order)* | |
| 6 | |

7       None of the dates set in this order may be changed without an order of the court made after a

8 motion is duly filed and made pursuant to the local rules of this court.

### Standing Order to Lodge Printed Copy of "ECF" Papers

10       1.      In all cases, including cases covered by the Electronic Case Filing System of

11 the Court "ECF," when filing papers in connection with any motion or any pretrial conference, in

12 addition to filing the paper electronically, the filing parties shall lodge with the Clerk's Office a

13 printed copy of the papers, in an envelop clearly marked "Chamber's Copy – Lodged for the

14 Chambers of Judge James Ware." The "Chamber's Copy" envelop must state the case name and case

15 number and be delivered on or before the close of the next court day following the day the papers

16 are filed electronically. See Standing Order Regarding Case Management in Civil Cases.

### Compliance with Discovery Plan and Reference to Magistrate Judge

18       2.      The Court adopts the Discovery Plan proposed by the parties in their Joint

19 Case Management Statement. The parties are ordered to comply with the discovery plan. Any

20 disputes with respect to the implementation of the discovery plan and all disclosure or discovery

21 disputes are referred to the assigned Magistrate Judge. In addition, any disputes pertaining to

22 service or joinder of parties or claims are referred to the assigned Magistrate Judge.

### Document Management During Pretrial Discovery and Electronic Evidence Presentation

24       3.      This Court has available a digital and video electronic evidence presentation

25 system. Before commencement of pretrial discovery, the parties are ordered to familiarize

26 themselves with the system, and to meet and confer about whether the case will involve voluminous

27 documentary. If so, as the parties identify documentary material which is likely to be used as trial

28

*United States District Court*
*For the Northern District of California*

2

1   exhibits, the parties are ordered to electronically store these materials in a fashion which will

2   facilitate displaying them electronically during the trial. The parties are reminded that Civil L.R. 30-

3   2(b) requires sequential numbering of exhibits during depositions and that numbering must be

4   maintained for those exhibits throughout the litigation. Each proposed exhibit shall be pre-marked

5   for identification. All exhibits shall be marked with numerals. The parties shall meet and confer on

6   a division which will avoid duplication (e.g., Plaintiff: 1-99,000; Defendant #1: 100,000-299,999;

7   Defendant #2: 300,000-500,000).

8                           **Disclosure of Expert Witnesses**

9                4.       Any party wishing to present expert witness testimony with respect  to a

10  claim or a defense shall lodge with the Court and serve on all other parties the name, address,

11  qualifications, résumé and a written report which complies with Fed.R.Civ.P. 26(a)(2)(B) **63 days**

12  **before close of discovery.**  Expert witness disclosure must be made with respect to a person who is

13  either (a) specially retained or specially employed to provide expert testimony pursuant to

14  Fed.R.Evid. 702 or (b) a regular employee or agent or treating physician who may be called to

15  provide expert opinion testimony.

16                5.       The parties are also required to lodge any supplemental reports to which any

17  expert will testify at trial in accordance with Fed.R.Civ.P. 26(a)(2)(B).

18                6.       Any party objecting to the qualifications or proposed testimony of  an expert

19  must file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in

20  writing in accordance with Civil Local Rule 7-2, for hearing no later than **42 DAYS AFTER BOTH**

21  **EXPERT AND REBUTTAL EXPERT DISCLOSURES ON A MONDAY (LAW AND**

22  **MOTION DAY) at  9:00 a.m.**  and preferably before or on the same day as the discovery cutoff

23  date at 9:00 a.m.

24                           **Rebuttal Expert Witnesses**

25                7.       If the testimony of the expert is intended solely to contradict or rebut opinion

26  testimony on the same subject matter identified by another party, the party proffering a rebuttal

27

28                                              3

**United States District Court**
For the Northern District of California

1    expert shall make the disclosures required by Fed.R.Civ.P. 26(a)(2)(B), no later than **49 days prior**

2    **to discovery cutoff.**

3                    <u>**Limitation on Testimony by Expert Witnesses**</u>

4            8.      Unless the parties enter into a written stipulation otherwise, upon timely

5    objection, an expert witness shall be precluded from testifying about any actions or opinions not

6    disclosed prior to the expert's deposition.  This is to ensure that all factual material upon which

7    expert opinion may be based and all tests and reports are completed prior to the expert deposition.

8    Unless application is made prior to the close of expert discovery, each party will be limited to

9    calling only one expert witness in each discipline involved in the case.

10                            <u>**Close of Discovery**</u>

11           9.      Pursuant to Civil L.R. 26-2, all discovery, including supplemental

12   disclosure, depositions of fact witness and expert witnesses, must be completed on or before the

13   deadline set forth in the <u>Case Schedule</u> above.

14                   <u>**Last date for Hearing Dispositive Motions**</u>

15           10.     The last day for hearing dispositive motions is set forth in the <u>Case Schedule</u>

16   above.  Any motions must be noticed in accordance with the Civil Local Rules of this Court.

17   <u>**Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order**</u>

18           11.     The attorneys who will try the case are ordered to confer with one another

19   and to file and lodge with Chambers on or before the deadline set forth in the <u>Case Schedule</u> above a

20   Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order, stating their

21   readiness for trial, the amount of time which the Court should allocate for trial and the calendar

22   period for the trial.

23           12.     The attorneys who will try the case are ordered to appear on the date set in

24   the <u>Case Schedule</u> at 11:00 a.m. for a Preliminary Pretrial and Trial Setting Conference.

25           13.     With respect to the time allocation for trial, at the Preliminary Pretrial and

26   Trial Setting Conference trial counsel will be asked to stipulate to a time allocation to each side for

27

28                                          4

1   the trial of the case.  Once a stipulated allocation has been entered, the parties must plan their

2   presentations to conform to the stipulated time allocation.

3            14.       With respect to the calendar period for trial, based on the time allotted to the

4   case, a calendar period for trial will be set.  In the event it becomes necessary to delay the start of

5   trial because of the Court's calendar, the commencement date will trail from day-to day until the

6   other matter is concluded or further order of the Court.

7                            **Alternative Dispute Resolution**

8        15.  The parties are referred to the Court's ADR Program at (415) 522-2199.  No later than

9   the deadline set forth in the Case Schedule, the parties shall contact the ADR Program **or** the

10   designated Magistrate Judge to schedule a conference.

11       Magistrate Judge Patricia V. Trumbull:        Corinne Lew (408) 535-5378

12       Magistrate Judge Richard Seeborg:           Bernadette Kunkel (408) 535-5357

13       Magistrate Judge Howard R. Lloyd:           Patty Cromwell (408) 535-5365

14

15   Dated: July 12, 2006

16                                              JAMES WARE
                                                United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28                                      5

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Marc J. Shrake mshrake@zelle.com
    Melissa A Dubbs mdubbs@newtonremmel.com

3   Stephen Newton efile@newtonremmel.com
    Thomas R. Beer tbeer@barwol.com

4   William Lee wlee@barwol.com

5

6   **Dated: July 12, 2006**                    **Richard W. Wieking, Clerk**

7

8                                         **By:**  **/s/ JW Chambers**
                                             **Melissa Peralta**
                                             **Courtroom Deputy**

9   G:\JWALL\schedulingORDER\CIVIL\2006schedulingorders\0

10   5eciv1878schedorder.wpd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      6

**EXHIBIT B**

1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  FEDERAL INSURANCE COMPANY, an      )   Case No:  C 05-01878 JW
    Indiana corporation,                )
13                                      )   STIPULATION AND [PROPOSED]
                Plaintiff,              )   ORDER EXTENDING CERTAIN
14                                      )   SCHEDULED DATES
    vs.                                 )
15  ST. PAUL FIRE & MARINE INSURANCE    )
    COMPANY, a Minnesota corporation,   )
16                                      )
                Defendant.              )
17  ─────────────────────────────────  )
                                        )
18  AND RELATED COUNTERCLAIM.           )
    ─────────────────────────────────  )
19

20

21

22

23

24

25

26

27

28

1  Pursuant to Civil Local Rules 6-2 and 7-12, the parties hereto submit the following

2 Stipulation and [Proposed] Order Extending Certain Scheduled Dates:

3  **WHEREAS,**

4  1. The above-entitled action was filed by Federal Insurance Company ("Federal")

5 against St. Paul Fire and Marine Insurance Company ("St. Paul") on May 6, 2005. A

6 counterclaim was filed by St. Paul against Federal and National Union Fire Insurance Company

7 of Pittsburgh, PA, ("National") on June 24, 2005.

8  2. On July 12, 2006, this Court issued a Scheduling Order in this action which

9 essentially adopted the schedule set forth in the parties' Joint Case Management Statement and

10 Proposed Order without hearing. A true and correct copy of the Court's Scheduling Order is

11 attached hereto as Exhibit A.

12  3. Federal and St. Paul each have provided certain written discovery in response to

13 mutual discovery requests, including the exchange of large document productions. Federal and

14 St. Paul also have engaged in correspondence raising certain issues related to these document

15 productions. Moreover, Cirrus Logic has produced a database exceeding 500 Giga Bytes. The

16 voluminous discovery has taken months to examine.

17  4. On January 17, 2007, Federal requested by letter that St. Paul make available

18 certain St. Paul employees for deposition in St. Paul, Minnesota, on proposed deposition dates

19 from February 20 to February 23, 2007.

20  5. St. Paul was unable to provide witnesses on these dates, but the parties expect to

21 be able to schedule the requested depositions on dates from March 27 to March 30, 2007. St.

22 Paul also has informed Federal that certain of the requested witnesses are no longer employed

23 by St. Paul but that counsel for St. Paul will represent these former employees at deposition.

24 Counsel for St. Paul has also agreed to accept service on behalf of such former employees.

25  6. Given the delay in scheduling these depositions, the voluminous documents

26 exchanged in discovery, and the general protracted progression of this case to date, the parties

27 have agreed that certain of the dates scheduled in this action and set forth in the Scheduling

28

1   Order should be extended and rescheduled by six-weeks (forty-two days), and all the parties are

2   willing to stipulate to such extensions.

3       7.     There have been no previous extensions of time requested in this action.

4   **NOW, THEREFORE,**

5   **IT IS HEREBY STIPULATED** that the following scheduled dates, which have not yet

6   passed, should be extended and rescheduled by six-weeks (forty-two days), or as soon

7   thereafter as permitted by the Court, as follows:

8      • The Preliminary Pretrial Conference and Trial Setting Conference shall be

9        scheduled for Monday, **December 3, 2007** (formerly October 22, 2007).

10     • Preliminary Pretrial Conference Statements shall be due **November 23, 2007**

11       (formerly October 12, 2007).

12     • Last Date for Hearing Dispositive Motions shall be **October 22, 2007** (formerly

13       September 10, 2007).

14     • Close of Discovery shall be **August 24, 2007** (formerly July 13, 2007).

15     • All associated dates set forth in the Scheduling Order, which have not yet passed,

16       including expert witness disclosures, expert witness reports, expert witness

17       objections, and rebuttal expert witness disclosures, are also extended and

18       rescheduled by six-weeks (forty-two days).

19     • The last day to have a private mediation shall be **May 23, 2007** (formerly April 11,

20       2007).

21   **IT IS SO STIPULATED.**

22   Dated: February 26, 2007        NEWTON REMMEL

23

24                       By:

25                           Stephen L. Newton

26                           Gabriel G. Gregg
                            Attorneys for Plaintiff and Counterclaim
                            Defendant

27                           FEDERAL INSURANCE COMPANY

28

1

2    Dated: February *26*, 2007         ZELLE, HOFMANN, VOELBEL, MASON &
3                                 GETTE LLP

4                         By: _____

5                            Marc J. Shrake

6                            Georgiana V. Palanca
                              Attorneys for Defendant and
7                              Counterclaimant
                              ST. PAUL FIRE AND MARINE
8                              INSURANCE COMPANY

9    Dated: February ____, 2007         BARGER & WOLEN LLP

10

11                       By: _____

12                            Thomas Beer
                            Attorneys for Counterclaim Defendant
13                            NATIONAL UNION FIRE INSURANCE
                            COMPANY OF PITTSBURGH, PA

14

15                        **ORDER**

16       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17

18    February _27_, 2007              _____
                               JAMES WARE
19                             United States District Judge

20

21

22

23

24

25

26

27

28

1   Dated:  February _____, 2007          ZELLE, HOFMANN, VOELBEL, MASON &
                                          GETTE LLP
2

3                                         By: _____
4                                              Marc J. Shrake
                                               Georgiana V. Palanca
5                                              Attorneys for Defendant and
                                               Counterclaimant
6                                              ST. PAUL FIRE AND MARINE
                                               INSURANCE COMPANY
7

8   Dated:  February 23, 2007             BARGER & WOLEN LLP

9                                         By: _Thomas R. Beer_____
10                                             Thomas Beer
                                               Attorneys for Counterclaim Defendant
11                                             NATIONAL UNION FIRE INSURANCE
                                               COMPANY OF PITTSBURGH, PA
12

13                                      **ORDER**

14              PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16

17   February _____, 2007              _____

18                                     JAMES WARE
                                       United States District Judge
19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Case 5:05-cv-01878-JW    Document 70    Filed 11/21/07    Page 19 of 35
Case 5:05-cv-01878-JW    Document 41    Filed 02/27/2007    Page 7 of 12
Case 5:05-cv-01878-JW    Document 32    Filed 07/12/2006    Page 1 of 6

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Federal Insurance Co., | No. C 05-01878 JW |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| St. Paul Fire & Marine Ins. Co., | |
| Defendant. | |

Upon filing, this case was scheduled for a case management conference on July 17, 2006. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. Based on their joint submission, it appears that a schedule for the case can be set without the necessity of an appearance at this time. Accordingly, the case management conference is cancelled and the parties are ordered to comply with the following schedule:

### Case Schedule

| | |
|---|---|
| **Preliminary Pretrial Conference and Trial Setting Conference (¶ 12)** | October 22, 2007 |
| **Preliminary Pretrial Conference Statements Due** *(10 days before conference)* **(¶ 11)** | October 12, 2007 |

Case 5:05-cv-01878-JW   Document 70   Filed 11/21/07   Page 20 of 35
Case 5:05-cv-01878-JW   Document 41   Filed 02/27/2007   Page 8 of 12
Case 5:05-cv-01878-JW   Document 32   Filed 07/12/2006   Page 2 of 6

| | |
|---|---|
| **Last Date for Hearing** <br> **Dispositive Motions (¶ 10)** <br> *(42 days before Preliminary Pretrial Conference)* | **September 10, 2007** |
| **Close of Discovery (¶ 9)** | **July 13, 2007** |
| **Deadline for parties to contact** <br> **Court's ADR Program to select and** <br> **schedule ADR procedure (¶ 15)** <br> *(15 days after the date of this Order)* | **July 27, 2006** |

None of the dates set in this order may be changed without an order of the court made after a motion is duly filed and made pursuant to the local rules of this court.

### Standing Order to Lodge Printed Copy of "ECF" Papers

1.    In all cases, including cases covered by the Electronic Case Filing System of the Court "ECF," when filing papers in connection with any motion or any pretrial conference, in addition to filing the paper electronically, the filing parties shall lodge with the Clerk's Office a printed copy of the papers, in an envelop clearly marked "Chamber's Copy – Lodged for the Chambers of Judge James Ware." The "Chamber's Copy" envelop must state the case name and case number and be delivered on or before the close of the next court day following the day the papers are filed electronically. See Standing Order Regarding Case Management in Civil Cases.

### Compliance with Discovery Plan and Reference to Magistrate Judge

2.    The Court adopts the Discovery Plan proposed by the parties in their Joint Case Management Statement. The parties are ordered to comply with the discovery plan. Any disputes with respect to the implementation of the discovery plan and all disclosure or discovery disputes are referred to the assigned Magistrate Judge. In addition, any disputes pertaining to service or joinder of parties or claims are referred to the assigned Magistrate Judge.

### Document Management During Pretrial Discovery and Electronic Evidence Presentation

3.    This Court has available a digital and video electronic evidence presentation system. Before commencement of pretrial discovery, the parties are ordered to familiarize themselves with the system, and to meet and confer about whether the case will involve voluminous documentary. If so, as the parties identify documentary material which is likely to be used as trial

2

Case 5:05-cv-01878-JW    Document 70    Filed 11/21/07    Page 21 of 35
Case 5:05-cv-01878-JW    Document 41    Filed 02/27/2007    Page 9 of 12
Case 5:05-cv-01878-JW    Document 32    Filed 07/12/2006    Page 3 of 6

exhibits, the parties are ordered to electronically store these materials in a fashion which will

facilitate displaying them electronically during the trial. The parties are reminded that Civil L.R. 30-

2(b) requires sequential numbering of exhibits during depositions and that numbering must be

maintained for those exhibits throughout the litigation. Each proposed exhibit shall be pre-marked

for identification. All exhibits shall be marked with numerals. The parties shall meet and confer on

a division which will avoid duplication (e.g., Plaintiff: 1-99,000; Defendant #1: 100,000-299,999;

Defendant #2: 300,000-500,000).

### Disclosure of Expert Witnesses

4. Any party wishing to present expert witness testimony with respect to a

claim or a defense shall lodge with the Court and serve on all other parties the name, address,

qualifications, résumé and a written report which complies with Fed.R.Civ.P. 26(a)(2)(B) **63 days**

**before close of discovery.** Expert witness disclosure must be made with respect to a person who is

either (a) specially retained or specially employed to provide expert testimony pursuant to

Fed.R.Evid. 702 or (b) a regular employee or agent or treating physician who may be called to

provide expert opinion testimony.

5. The parties are also required to lodge any supplemental reports to which any

expert will testify at trial in accordance with Fed.R.Civ.P. 26(a)(2)(B).

6. Any party objecting to the qualifications or proposed testimony of an expert

must file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in

writing in accordance with Civil Local Rule 7-2, for hearing no later than **42 DAYS AFTER BOTH**

**EXPERT AND REBUTTAL EXPERT DISCLOSURES ON A MONDAY (LAW AND**

**MOTION DAY) at  9:00 a.m.**  and preferably before or on the same day as the discovery cutoff

date at 9:00 a.m.

### Rebuttal Expert Witnesses

7. If the testimony of the expert is intended solely to contradict or rebut opinion

testimony on the same subject matter identified by another party, the party proffering a rebuttal

3

Case 5:05-cv-01878-JW   Document 70   Filed 11/21/07   Page 22 of 35
Case 5:05-cv-01878-JW   Document 41   Filed 02/27/2007   Page 10 of 12
Case 5:05-cv-01878-JW   Document 32   Filed 07/12/2006   Page 4 of 6

1  expert shall make the disclosures required by Fed.R.Civ.P. 26(a)(2)(B), no later than **49 days prior**

2  **to discovery cutoff.**

3  <u>**Limitation on Testimony by Expert Witnesses**</u>

4        8.     Unless the parties enter into a written stipulation otherwise, upon timely

5  objection, an expert witness shall be precluded from testifying about any actions or opinions not

6  disclosed prior to the expert's deposition.  This is to ensure that all factual material upon which

7  expert opinion may be based and all tests and reports are completed prior to the expert deposition.

8  Unless application is made prior to the close of expert discovery, each party will be limited to

9  calling only one expert witness in each discipline involved in the case.

10  <u>**Close of Discovery**</u>

11        9.     Pursuant to Civil L.R. 26-2, all discovery, including supplemental

12  disclosure, depositions of fact witness and expert witnesses, must be completed on or before the

13  deadline set forth in the <u>Case Schedule</u> above.

14  <u>**Last date for Hearing Dispositive Motions**</u>

15        10.    The last day for hearing dispositive motions is set forth in the <u>Case Schedule</u>

16  above.  Any motions must be noticed in accordance with the Civil Local Rules of this Court.

17  <u>**Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order**</u>

18        11.    The attorneys who will try the case are ordered to confer with one another

19  and to file and lodge with Chambers on or before the deadline set forth in the <u>Case Schedule</u> above a

20  Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order, stating their

21  readiness for trial, the amount of time which the Court should allocate for trial and the calendar

22  period for the trial.

23        12.    The attorneys who will try the case are ordered to appear on the date set in

24  the <u>Case Schedule</u> at 11:00 a.m. for a Preliminary Pretrial and Trial Setting Conference.

25        13.    With respect to the time allocation for trial, at the Preliminary Pretrial and

26  Trial Setting Conference trial counsel will be asked to stipulate to a time allocation to each side for

27

28                4

United States District Court
For the Northern District of California

Case 5:05-cv-01878-JW   Document 70   Filed 11/21/07   Page 23 of 35
Case 5:05-cv-01878-JW   Document 41   Filed 02/27/2007   Page 11 of 12
Case 5:05-cv-01878-JW   Document 32   Filed 07/12/2006   Page 5 of 6

the trial of the case. Once a stipulated allocation has been entered, the parties must plan their presentations to conform to the stipulated time allocation.

14. With respect to the calendar period for trial, based on the time allotted to the case, a calendar period for trial will be set. In the event it becomes necessary to delay the start of trial because of the Court's calendar, the commencement date will trail from day-to day until the other matter is concluded or further order of the Court.

### Alternative Dispute Resolution

15. The parties are referred to the Court's ADR Program at (415) 522-2199. No later than the deadline set forth in the Case Schedule, the parties shall contact the ADR Program or the designated Magistrate Judge to schedule a conference.

Magistrate Judge Patricia V. Trumbull:     Corinne Lew (408) 535-5378

Magistrate Judge Richard Seeborg:     Bernadette Kunkel (408) 535-5357

Magistrate Judge Howard R. Lloyd:     Patty Cromwell (408) 535-5365

Dated: July 12, 2006

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

5

Case 5:05-cv-01878-JW    Document 70    Filed 11/21/07    Page 24 of 35
Case 5:05-cv-01878-JW    Document 41    Filed 02/27/2007    Page 12 of 12
Case 5:05-cv-01878-JW    Document 32    Filed 07/12/2006    Page 6 of 6

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Marc J. Shrake mshrake@zelle.com

3  Melissa A Dubbs mdubbs@newtonremmel.com
   Stephen Newton efile@newtonremmel.com

4  Thomas R. Beer tbeer@barwol.com
   William Lee wlee@barwol.com

5

6  **Dated: July 12, 2006**                                    Richard W. Wieking, Clerk

7

8                                                              By: __/s/ JW Chambers_____
                                                                  **Melissa Peralta**
9  G:\JWALL\schedulingORDER\CIVIL\2006schedulingorders\0           **Courtroom Deputy**
   5cciv1878schedorder.wpd
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

**EXHIBIT C**

1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT

9
NORTHERN DISTRICT OF CALIFORNIA

10
SAN JOSE DIVISION

11

12
FEDERAL INSURANCE COMPANY, an                )    Case No:  C 05-01878 JW
Indiana corporation,                         )
                                             )    STIPULATION AND [Proposed]
13                                           )    ORDER EXTENDING CERTAIN
              Plaintiff,                      )    SCHEDULED DATES
                                             )
14                                           )
vs.                                          )
                                             )
15                                           )
ST. PAUL FIRE & MARINE INSURANCE             )
COMPANY, a Minnesota corporation,            )
16                                           )
              Defendant.                      )
17  ─────────────────────────────────        )
                                             )
18  AND RELATED COUNTERCLAIM.                 )
                                             )
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN SCHEDULED DATES
- 1 -

1    Pursuant to Civil Local Rules 6-2 and 7-12, the Parties submit the following Stipulation

2    and [Proposed] Order Extending Certain Scheduled Dates:

3    **WHEREAS,**

4    1.    This action was filed by Federal Insurance Company ("Federal") against St. Paul

5    Fire and Marine Insurance Company ("St. Paul") on May 6, 2005. On June 24, 2005, St. Paul

6    filed a counterclaim against Federal and National Union Fire Insurance Company of Pittsburgh,

7    PA, ("National Union").

8    2.    Extraordinary circumstances have arisen prompting Marc Shrake, counsel for St.

9    Paul, to request that scheduling in this case be extended by approximately 60 days

10    3.    On May 1, 2007, Mr. Shrake's firm, Zelle, Hofmann, Voelbel, Mason & Gette

11    LLP, announced the closure of its Los Angeles office, where Mr. Shrake is located.

12    4.    Mr. Shrake discussed this development with counsel for Federal and counsel for

13    National Union, who have agreed to stipulate to an extension of dates in this case by

14    approximately 60 days in order to allow Mr. Shrake and St. Paul to sort out the issues arising

15    from the Zelle Hofmann office closure. The new stipulated dates are set forth below.

16    5.    A Scheduling Order was issued on July 12, 2006, essentially adopting the

17    schedule in the parties' Joint Case Management Statement and Proposed Order. A copy of this

18    Scheduling Order is attached as Exhibit A.

19    6.    A Stipulation and Order Extending Certain Trial Dates was issued on February

20    27, 2007, due to the time necessary to analyze voluminous discovery including a database

21    produced by Cirrus Logic exceeding 500 Giga Bytes and to locate and arrange for the

22    depositions of certain witnesses no longer employed by any party. A copy of this Stipulation

23    and Order is attached as Exhibit B.

24    7.    The Parties have, to date, completed five depositions, and they are in the process

25    of selecting a mediator.

26

27

28

1    **NOW, THEREFORE,**

2    **IT IS HEREBY STIPULATED** that the following scheduled dates, which have not yet

3  passed, should be extended and rescheduled by approximately 60 days, or as soon thereafter as

4  permitted by the Court, as follows:

5     • The last day to have a private mediation shall be **July 25, 2007** (formerly May 23,

6      2007).

7     • Close of Discovery shall be **October 24, 2007** (formerly August 24, 2007).

8     • Last Date for Hearing Dispositive Motions shall be   January 7 2008   (formerly

9      October 22, 2007).

10    • Preliminary Pretrial Conference Statements shall be due **January 23, 2008**

11     (formerly November 23, 2007).

12    • The Preliminary Pretrial Conference and Trial Setting Conference shall be

13     scheduled for Monday, **February 4, 2008** (formerly December 3, 2007).

14    • All associated dates set forth in the Scheduling Order, which have not yet passed,

15     including expert witness disclosures, expert witness reports, expert witness

16     objections, and rebuttal expert witness disclosures, are also extended and

17     rescheduled by 60 days.

18

19    **IT IS SO STIPULATED.**

20  Dated: May _10_, 2007        NEWTON REMMEL

21

22                   By: _____

23                       Stephen L. Newton

24                       Gabriel G. Gregg
                            Attorneys for Plaintiff and Counterclaim

25                       Defendant
                            FEDERAL INSURANCE COMPANY

26

27

28

1    Dated: May _16_, 2007                    ZELLE, HOFMANN, VOELBEL, MASON &
                                              GETTE LLP
2

3                                             By _Marc J. Shrake/ex_____
                                                 Marc J. Shrake
4                                                Attorneys for Defendant and
                                                 Counterclaimant
5                                                ST. PAUL FIRE AND MARINE
                                                 INSURANCE COMPANY
6

7

8    Dated: May _11___, 2007                  BARGER & WOLEN LLP

9
                                              By _Thomas R. Beer_____
10                                               Thomas Beer
                                                 Attorneys for Counterclaim Defendant
11                                               NATIONAL UNION FIRE INSURANCE
                                                 COMPANY OF PITTSBURGH, PA
12

13

14                          **ORDER**

15   PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17   Dated: May __14__, 2007

                                              THE HONORABLE JAMES WARE
18                                            United States District Judge

19

20

21

22

23

24

25

26

27

28
                STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN SCHEDULED DATES
                                                - 4 -

**EXHIBIT D**

1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   FEDERAL INSURANCE COMPANY, an          )   Case No:  C 05-01878 JW
     Indiana corporation,                    )
                                             )   STIPULATION AND [PROPOSED]
13                    Plaintiff,             )   ORDER EXTENDING CERTAIN
                                             )   SCHEDULED DATES
14   vs.                                     )
                                             )
15   ST. PAUL FIRE & MARINE INSURANCE        )
     COMPANY, a Minnesota corporation,       )
16                                           )
                      Defendant.             )
17                                           )
                                             )
18   AND RELATED COUNTERCLAIM.               )
                                             )
19                                           )

20

21

22

23

24

25

26

27

28

1        Pursuant to Civil Local Rules 6-2 and 7-12, the Parties submit the following Stipulation

2  and [Proposed] Order Extending Certain Scheduled Dates:

3       **WHEREAS,**

4        1.     This action was filed by Federal Insurance Company ("Federal") against St. Paul

5  Fire and Marine Insurance Company ("St. Paul") on May 6, 2005.  On June 24, 2005, St. Paul

6  filed a counterclaim against Federal and National Union Fire Insurance Company of Pittsburgh,

7  PA ("National Union").

8        2.     Extraordinary circumstances require that St. Paul request that the scheduling in

9  this case to extended by approximately 30 days.

10       3.     St. Paul has been represented throughout this case by attorney Marc Shrake,

11  formerly of the Los Angeles office of Zelle, Hofmann, Voelbel, Mason & Gette LLP ("Zelle

12  Hofmann").

13       4.     On May 1, 2007, Zelle Hofmann announced the closure of its Los Angeles

14  office.  Based on this development, St. Paul requested, and Federal and National Union agreed,

15  and the Court entered an Order on May 14, 2007, to extend the dates in this case by

16  approximately 60 days.  A copy of this Scheduling Order is attached as Exhibit A.

17       5.     Mr. Shrake has now joined the law firm of Squire, Sanders & Dempsey L.L.P.

18  ("Squire Sanders"), and St. Paul is in the process of transferring responsibility for this case to

19  Mr. Shrake at his new firm.  However, Mr. Shrake has advised counsel for Federal and

20  National Union that he has encountered possible conflict issues and is working diligently to

21  resolve them, including obtaining any necessary consents or waivers from Federal and National

22  Union and/or their respective affiliated companies.  Mr. Shrake anticipates that these matters

23  can be resolved in the next 30 days.

24       6.     The Parties have, to date, completed five depositions and, on July 23,

25  participated in a mediation with Mr. Martin Quinn of JAMS in San Francisco.  The parties are

26  continuing to discuss possible resolution of this case through Mr. Quinn via telephone.

27

28

1    7.    A Scheduling Order was issued on July 12, 2006, essentially adopting the

2    schedule in the parties' Joint Case Management Statement and Proposed Order. A copy of this

3    Scheduling Order is attached as Exhibit B.

4    8.    A Stipulation and Order Extending Certain Trial Dates was issued on February

5    27, 2007, due to the time necessary to analyze voluminous discovery including a database

6    produced by Cirrus Logic exceeding 500 Giga Bytes and to locate and arrange for the

7    depositions of certain witnesses no longer employed by any party. A copy of this Stipulation

8    and Order is attached as Exhibit C.

9    **NOW, THEREFORE, IT IS HEREBY STIPULATED** that the following scheduled dates,

10   which have not yet passed, should be extended and rescheduled by approximately 30 days, or

11   as soon thereafter as permitted by the Court, as follows:

12   - Close of Discovery shall be **November 21, 2007** (formerly October 24, 2007).

13   - Last Date for Hearing Dispositive Motions shall be **February 4, 2008** (formerly
14     January 7, 2008).

15   - Preliminary Pretrial Conference Statements shall be due **February 22, 2008**
16     (formerly January 23, 2008).

17   - The Preliminary Pretrial Conference and Trial Setting Conference shall be
18     scheduled for Monday, **March 3, 2008** (formerly February 4, 2008).

19   - All associated dates set forth in the Scheduling Order, which have not yet passed,
20     including expert witness disclosures, expert witness reports, expert witness
21     objections, and rebuttal expert witness disclosures, are also extended and
22     rescheduled by 30 days.

23

24

25

26

27

28

1

2  **IT IS SO STIPULATED.**

3  Dated: August _____, 2007                    NEWTON REMMEL

4

5                                                By: _____

6                                                    Stephen L. Newton
                                                     Gabriel G. Gregg
7                                                    Attorneys for Plaintiff and Counterclaim
                                                     Defendant
8                                                    FEDERAL INSURANCE COMPANY

9

10 Dated: August 2 , 2007

11                                               By: *Marc J. Shrake*

12                                                   Marc J. Shrake
                                                     Attorney for Defendant and Counterclaim
13                                                   Plaintiff
                                                     ST. PAUL FIRE AND MARINE
14                                                   INSURANCE COMPANY

15

16 Dated: August l , 2007                        BARGER & WOLEN LLP

17

18                                               By: *Thomas R. Beer*

19                                                   Thomas Beer
                                                     Attorneys for Counterclaim Defendant
20                                                   NATIONAL UNION FIRE INSURANCE
                                                     COMPANY OF PITTSBURGH, PA
21

22                                               **ORDER**

23 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25 Dated: August 8 , 2007

26                                               THE HONORABLE JAMES WARE
                                                 United States District Judge
27

28
        STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN SCHEDULED DATES
                                    - 4 -

1

2    IT IS SO STIPULATED.

3    Dated:  August __6__, 2007                NEWTON REMMEL

4

5                                              By: _Stephen J. Newton_____

6                                                  Stephen L. Newton
                                                   Gabriel G. Gregg
7                                                  Attorneys for Plaintiff and Counterclaim
                                                   Defendant
8                                                  FEDERAL INSURANCE COMPANY

9

10   Dated:  August _____, 2007

11

12                                             By: _____
                                                   Marc J. Shrake
13                                                 Attorney for Defendant and Counterclaim
                                                   Plaintiff
14                                                 ST. PAUL FIRE AND MARINE
                                                   INSURANCE COMPANY
15

16   Dated:  August _____, 2007               BARGER & WOLEN LLP

17

18                                             By: _____
                                                   Thomas Beer
19                                                 Attorneys for Counterclaim Defendant
                                                   NATIONAL UNION FIRE INSURANCE
20                                                 COMPANY OF PITTSBURGH, PA

21

22                              **ORDER**

23   PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25   Dated:  August _____, 2007
                                               _____
26                                             THE HONORABLE JAMES WARE
                                               United States District Judge
27

28
            STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN SCHEDULED DATES
                                        - 4 -