```
 1  Thomas R. Beer (148175)
    William Lee (148652)
 2  BARGER & WOLEN LLP
    650 California Street, 9th Floor
 3  San Francisco, California 94108
    Telephone:  (415) 434-2800
 4  Facsimile:  (415) 434-2533

 5  Attorneys for Counterclaim Defendant
    NATIONAL UNION FIRE INSURANCE
 6  COMPANY OF PITTSBURGH, PA
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>    Defendant.<br>_____<br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>    Counter-Claim Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>    Counter-Claim Defendants. | CASE NO.: C 05-01878 JW<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN PRETRIAL DATES AND THE DATE OF THE PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE |

j:\office2\29073\054\07discovery\stip to continue pretrial dates.doc

BARGER & WOLEN LLP
660 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIP. AND [PROPOSED] ORDER TO EXTEND CERTAIN PRETRIAL DATES AND
THE PRELIMINARY PRETRIAL CONFERENCE

Plaintiff FEDERAL INSURANCE COMPANY ("Federal"), Defendant and Counter-Claimant ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("St. Paul"), and Counter-Claim Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. By Court order dated August 8, 2007, the Court set a pretrial schedule for the case. Attached hereto as **Exhibit A**. Of the dates relevant to this stipulation, the Court ordered that the last day to hear dispositive motions would be February 4, 2008 which would require the parties to file their dispositive motions by December 31, 2007 in order to comply with the 35-day notice period of L.R. 7-2. Although the parties will file their dispositive motions prior to December 31, 2007 deadline, the February 4, 2008 date is no longer available and the next earliest available date is not until March 10, 2008. Because the Court will not be able to hear the parties' motion by the February 4, 2008 hearing deadline, the parties respectfully request that the Court extend the dispositive hearing deadline from February 4, 2008 to March 17, 2008 (in case the March 10, 2008 also becomes unavailable). The continuance does not affect or change the December 31, 2007 date to file dispositive motions.

2. In addition, the Court's August 8, 2007 order set a Preliminary Pretrial Conference and Trial Setting Conference ("Pretrial Conference") for March 3, 2008. In view of the parties' request to extend the dispositive hearing deadline and the fact that the parties' dispositive motion will not be heard prior to March 17, 2008, the Pretrial Conference is premature as the motions may impact the issues remaining in the case. Therefore, the parties respectfully request that the Court continue the Pretrial Conference for 30 days or to some date after the Court hears the parties' dispositive motions.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIP. AND [PROPOSED] ORDER TO EXTEND CERTAIN PRETRIAL DATES AND THE PRELIMINARY PRETRIAL CONFERENCE

3. Pursuant to the parties' stipulation, the Court by order filed on November 21, 2007 continued the deadline to complete expert discovery to January 31, 2008. A true and correct copy of the Stipulation and Order is attached hereto as **Exhibit B**. Although the parties have been working diligently in scheduling the expert depositions, due to scheduling conflicts and the unavailability of experts, the parties are not likely able to do so before the close of expert discovery which is January 31, 2008. Accordingly, the parties respectfully request that the Court extend the expert discovery deadline from January 31, 2008 to February 29, 2008.

NOW, THEREFORE, IT IS HEREBY STIPULATED that

1. The dispositive hearing deadline be continued to March 17, 2008;
2. The Preliminary Pretrial and Trial Setting Conference be continued to a date at least 30 days from March 3, 2008 or to some other date after the Court hears the parties' dispositive motion; and
3. The expert discovery deadline has been extended to February 29, 2008.

IT IS SO STIPULATED.

Dated: Dec. 20, 2007

BARGER & WOLEN LLP

By: _____
Thomas R. Beer
William Lee
Attorneys for Counterclaim Defendant
NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-
STIP. AND [PROPOSED] ORDER TO EXTEND CERTAIN PRETRIAL DATES AND
THE PRELIMINARY PRETRIAL CONFERENCE

Dated: December 20, 2007

SQUIRE, SANDERS & DEMPSEY LLP

By: /s/ Marc Shrake
Marc J. Shrake
Attorneys for Defendant and
Counterclaimant
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

Dated: _____, 2007

NEWTON REMMEL

By: _____
Stephen L. Newton
Gabriel G. Gregg
Attorneys for Plaintiff and Counterclaim
Defendant
FEDERAL INSURANCE COMPANY

## ORDER

Pursuant to the foregoing stipulation and good cause appearing,

1. The dispositive hearing deadline shall be continued from February 4, 2008 to March 17, 2008;
2. The Preliminary Pretrial and Trial Setting Conference be continued to _____ at 11:00 a.m. in Courtroom 8; and
3. The expert discovery deadline has been extended to February 29, 2008.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
The Honorable James Ware
U.S. District Court Judge

| | | |
|---|---|---|
| 1 | Dated: _____, 2007 | SQUIRE, SANDERS & DEMPSEY LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Marc J. Shrake |
| | | Attorneys for Defendant and |
| 5 | | Counterclaimant |
| | | ST. PAUL FIRE AND MARINE |
| 6 | | INSURANCE COMPANY |
| 7 | | |
| 8 | Dated: _December 20_, 2007 | NEWTON REMMEL |

By: _____
Stephen L. Newton
Gabriel G. Gregg
Attorneys for Plaintiff and Counterclaim
Defendant
FEDERAL INSURANCE COMPANY

## ORDER

Pursuant to the foregoing stipulation and good cause appearing,

1. The dispositive hearing deadline shall be continued from February 4, 2008 to March 17, 2008;

2. The Preliminary Pretrial and Trial Setting Conference be continued to _April 14, 2008_ at 11:00 a.m. in Courtroom 8. Pretrial Conference statement due April 4, 2008.

3. The expert discovery deadline has been extended to February 29, 2008.

**IT IS SO ORDERED.**

Dated: _January 2_, 2007        _____
The Honorable James Ware
U.S. District Court Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-4-
STIP. AND [PROPOSED] ORDER TO EXTEND CERTAIN PRETRIAL DATES AND
THE PRELIMINARY PRETRIAL CONFERENCE

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

*IT IS SO ORDERED*
Judge James Ware

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | Case No. C 05 01878 JW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE EXPERT DISCOVERY |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Counter-Claim Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation<br><br>Counter-Claim Defendants. | |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300

STIPULATION AND [PROPOSED] ORDER
EXTENDING THE DEADLINE TO COMPLETE
EXPERT DISCOVERY

1

2   Pursuant to Civil Local Rules 6-2 and 7-12, the Parties submit the following Stipulation
3   and [Proposed] Order Extending the Deadline to Complete Expert Discovery:
4   **WHEREAS:**
5   1.   This action was filed by Federal Insurance Company ("Federal") against St. Paul
6   Fire and Marine Insurance Company ("St. Paul") on May 6, 2005. On June 24, 2005, St. Paul
7   filed a counterclaim against Federal and National Union Fire Insurance Company of Pittsburgh,
8   PA ("National Union").
9   2.   The close of discovery is currently scheduled for November 21, 2007.
10  3.   A Scheduling Order was issued on July 12, 2006, essentially adopting the schedule
11  in the parties' Joint Case Management Statement and Proposed Order. A copy of this Scheduling
12  Order is attached as Exhibit A.
13  4.   A Stipulation and Order Extending Certain Trial Dates was issued on February 27,
14  2007, due to the time necessary to analyze voluminous discovery including a database produced
15  by Cirrus Logic exceeding 500 Giga Bytes and to locate and arrange for the depositions of certain
16  witnesses no longer employed by any party. A copy of this Stipulation and Order is attached as
17  Exhibit B.
18  5.   A Stipulation and Order Extending Certain Scheduled Dates was issued on May
19  14, 2007, due to the extraordinary circumstances of Zelle, Hofmann, Voelbel, Mason & Gette
20  LLP, St. Paul's counsel's law firm of record, announcing the closure of its Los Angeles office. A
21  copy of this Stipulation and Order is attached as Exhibit C.
22  6.   A Stipulation and Order Extending Certain Scheduled Dates was issued on August
23  8, 2007, due to the time necessary for Marc J. Shrake, St. Paul's counsel, to transition from Zelle,
24  Hofmann, Voelbel, Mason & Gette LLP to Squire, Sanders & Dempsey L.L.P. A copy of this
25  Stipulation and Order is attached as Exhibit D.
26  7.   All parties have been working diligently to complete discovery in this complex
27  insurance coverage matter before November 21, 2007. To date, seven fact witness depositions
28  have been taken, and five additional depositions are currently scheduled.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300

1   8.   St. Paul served its expert witness designation on September 20, 2007.

2   9.   Federal served its rebuttal expert disclosure on October 5, 2007, to which National Union has served a joinder.

10.   Federal filed its Motion for Summary Judgment on October 15, 2007 and St. Paul filed its Cross-Motion for Summary Judgment on November 5, 2007. The hearing on these motions is currently set for December 10, 2007. The last day to hear dispositive motions is February 4, 2008.

11.   The parties are attempting reasonably and expediently to schedule the depositions of the four expert witnesses who have been designated, but are not likely to be able to do so before the close of discovery.

12.   Accordingly, the parties wish to extend from November 21, 2007 to January 31, 2008, the deadline to complete expert discovery.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** that expert discovery shall be completed by January 31, 2008.

**IT IS SO STIPULATED.**

Dated: November __, 2007        NEWTON REMMEL

                                By: _____
                                Stephen L. Newton
                                Gabriel G. Gregg
                                Attorneys for Plaintiff and Counterclaim Defendant
                                FEDERAL INSURANCE COMPANY

Dated: November 8, 2007         SQUIRE, SANDERS & DEMPSEY L.L.P.

                                By: _____
                                Marc J. Shrake
                                Attorneys for Defendant and Counterclaimant
                                ST. PAUL FIRE AND MARINE INSURANCE COMPANY

# EXHIBIT B

Case 5:05-cv-01878-JW   Document 82   Filed 12/20/2007   Page 11 of 15
Case 5:05-cv-01878-JW   Document 70   Filed 11/21/2007   Page 31 of 35
Case 5:05-cv-01878-JW   Document 45   Filed 08/08/2007   Page 1 of 5

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL INSURANCE COMPANY, an Indiana corporation, | ) ) ) | Case No: C 05-01878 JW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN SCHEDULED DATES |
| vs. | ) ) | |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation, | ) ) ) | |
| Defendant. | ) ) | |
| AND RELATED COUNTERCLAIM. | ) ) ) | |

STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN SCHEDULED DATES
- 1 -

Case 5:05-cv-01878-JW   Document 82   Filed 12/20/2007   Page 12 of 15
Case 5:05-cv-01878-JW   Document 70   Filed 11/21/2007   Page 32 of 35
Case 5:05-cv-01878-JW   Document 45   Filed 08/08/2007   Page 2 of 5

Pursuant to Civil Local Rules 6-2 and 7-12, the Parties submit the following Stipulation and [Proposed] Order Extending Certain Scheduled Dates:

**WHEREAS,**

1. This action was filed by Federal Insurance Company ("Federal") against St. Paul Fire and Marine Insurance Company ("St. Paul") on May 6, 2005. On June 24, 2005, St. Paul filed a counterclaim against Federal and National Union Fire Insurance Company of Pittsburgh, PA ("National Union").

2. Extraordinary circumstances require that St. Paul request that the scheduling in this case to extended by approximately 30 days.

3. St. Paul has been represented throughout this case by attorney Marc Shrake, formerly of the Los Angeles office of Zelle, Hofmann, Voelbel, Mason & Gette LLP ("Zelle Hofmann").

4. On May 1, 2007, Zelle Hofmann announced the closure of its Los Angeles office. Based on this development, St. Paul requested, and Federal and National Union agreed, and the Court entered an Order on May 14, 2007, to extend the dates in this case by approximately 60 days. A copy of this Scheduling Order is attached as Exhibit A.

5. Mr. Shrake has now joined the law firm of Squire, Sanders & Dempsey L.L.P. ("Squire Sanders"), and St. Paul is in the process of transferring responsibility for this case to Mr. Shrake at his new firm. However, Mr. Shrake has advised counsel for Federal and National Union that he has encountered possible conflict issues and is working diligently to resolve them, including obtaining any necessary consents or waivers from Federal and National Union and/or their respective affiliated companies. Mr. Shrake anticipates that these matters can be resolved in the next 30 days.

6. The Parties have, to date, completed five depositions and, on July 23, participated in a mediation with Mr. Martin Quinn of JAMS in San Francisco. The parties are continuing to discuss possible resolution of this case through Mr. Quinn via telephone.

STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN SCHEDULED DATES
- 2 -

Case 5:05-cv-01878-JW    Document 82    Filed 12/20/2007    Page 13 of 15
Case 5:05-cv-01878-JW    Document 70    Filed 11/21/2007    Page 33 of 35
Case 5:05-cv-01878-JW    Document 45    Filed 08/08/2007    Page 3 of 5

1   7.  A Scheduling Order was issued on July 12, 2006, essentially adopting the
2   schedule in the parties' Joint Case Management Statement and Proposed Order. A copy of this
3   Scheduling Order is attached as Exhibit B.
4   8.  A Stipulation and Order Extending Certain Trial Dates was issued on February
5   27, 2007, due to the time necessary to analyze voluminous discovery including a database
6   produced by Cirrus Logic exceeding 500 Giga Bytes and to locate and arrange for the
7   depositions of certain witnesses no longer employed by any party. A copy of this Stipulation
8   and Order is attached as Exhibit C.
9   **NOW, THEREFORE, IT IS HEREBY STIPULATED** that the following scheduled dates,
10  which have not yet passed, should be extended and rescheduled by approximately 30 days, or
11  as soon thereafter as permitted by the Court, as follows:

- Close of Discovery shall be **November 21, 2007** (formerly October 24, 2007).
- Last Date for Hearing Dispositive Motions shall be **February 4, 2008** (formerly January 7, 2008).
- Preliminary Pretrial Conference Statements shall be due **February 22, 2008** (formerly January 23, 2008).
- The Preliminary Pretrial Conference and Trial Setting Conference shall be scheduled for Monday, **March 3, 2008** (formerly February 4, 2008).
- All associated dates set forth in the Scheduling Order, which have not yet passed, including expert witness disclosures, expert witness reports, expert witness objections, and rebuttal expert witness disclosures, are also extended and rescheduled by 30 days.

STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN SCHEDULED DATES
- 3 -

Case 5:05-cv-01878-JW   Document 82   Filed 12/20/2007   Page 14 of 15
Case 5:05-cv-01878-JW   Document 70   Filed 11/21/2007   Page 34 of 35
AUG. 1. 2007 4:57PM  Case 5:05-cv-01878-JW   Document 45   Filed 08/08/2007   Page 4 of 5   P. 5

```
 1
 2  IT IS SO STIPULATED.
 3  Dated: August _____, 2007           NEWTON REMMEL
 4
 5
                                        By: _____
 6                                          Stephen L. Newton
                                            Gabriel G. Gregg
 7                                          Attorneys for Plaintiff and Counterclaim
                                            Defendant
 8                                          FEDERAL INSURANCE COMPANY
 9
10  Dated: August  2 , 2007
11
                                        By: /s/ Marc J. Shrake
12                                          Marc J. Shrake
                                            Attorney for Defendant and Counterclaim
13                                          Plaintiff
                                            ST. PAUL FIRE AND MARINE
14                                          INSURANCE COMPANY
15
16  Dated: August  1 , 2007              BARGER & WOLEN LLP
17
                                        By: /s/ Thomas R. Beer
18                                          Thomas Beer
19                                          Attorneys for Counterclaim Defendant
                                            NATIONAL UNION FIRE INSURANCE
20                                          COMPANY OF PITTSBURGH, PA
21
                                          ORDER
22
23  PURSUANT TO STIPULATION, IT IS SO ORDERED.
24
                                        /s/ James Ware
25  Dated: August  8 , 2007             _____
                                        THE HONORABLE JAMES WARE
26                                      United States District Judge
27
28
        STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN SCHEDULED DATES
                                       - 4 -
```

Case 5:05-cv-01878-JW   Document 82   Filed 12/20/2007   Page 15 of 15
Case 5:05-cv-01878-JW   Document 70   Filed 11/21/2007   Page 35 of 35
Case 5:05-cv-01878-JW   Document 45   Filed 08/08/2007   Page 5 of 5

1
2  IT IS SO STIPULATED.
3  Dated: August __6__, 2007                NEWTON REMMEL
4
5                                           By: _____/s/ Stephen J. Newton_____
6                                               Stephen L. Newton
                                                Gabriel G. Gregg
7                                               Attorneys for Plaintiff and Counterclaim
                                                Defendant
8                                               FEDERAL INSURANCE COMPANY
9
10 Dated: August _____, 2007
11
                                             By: _____
12                                               Marc J. Shrake
                                                 Attorney for Defendant and Counterclaim
13                                               Plaintiff
                                                 ST. PAUL FIRE AND MARINE
14                                               INSURANCE COMPANY
15
16 Dated: August _____, 2007                BARGER & WOLEN LLP
17
18                                           By: _____
                                                 Thomas Beer
19                                               Attorneys for Counterclaim Defendant
                                                 NATIONAL UNION FIRE INSURANCE
20                                               COMPANY OF PITTSBURGH, PA
21
22                                    **ORDER**
23 PURSUANT TO STIPULATION, IT IS SO ORDERED.
24
25 Dated: August _____, 2007               _____
                                            THE HONORABLE JAMES WARE
26                                          United States District Judge
27
28
   STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN SCHEDULED DATES
                                    - 4 -