Stephen L. Newton (State Bar #57897) (*snewton@newtonremmel.com*)
Gabriel G. Gregg (State Bar #187333) (*ggregg@newtonremmel.com*)
NEWTON REMMEL
A Professional Corporation
1451 Grant Road, P.O. Box 1059
Mountain View, CA 94042
Telephone: (650) 903-0500
Facsimile: (650) 967-5800

Attorneys for Plaintiff and Counter-Claim Defendant
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No: C 05-01878 JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING EXPERT DISCOVERY DEADLINE** |

/////
/////
/////
/////
/////

1   The parties hereto submit the following Stipulation and [Proposed] Order Extending
2   Expert Discovery Deadline.
3   **WHEREAS,**
4   1.   The above-entitled action was filed by Federal Insurance Company ("Federal")
5   against St. Paul Fire and Marine Insurance Company ("St. Paul") on May 6, 2005. A
6   counterclaim was filed by St. Paul against Federal and National Union Fire Insurance Company
7   of Pittsburgh, PA, ("National") on June 24, 2005.
8   2.   On July 12, 2006, this Court issued a Scheduling Order in this action which
9   essentially adopted the schedule set forth in the parties' Joint Case Management Statement and
10  Proposed Order without hearing.
11  3.   On January 2, 2008, this Court approved and issued a Stipulation and Order To
12  Extend Certain Pretrial Dates and the Date of the Preliminary Pretrial and Trial Setting
13  Conference ("1/2/08 Order"). The 1/2/08 Order scheduled the Preliminary Pretrial Conference
14  in this action for April 14, 2008. The 1/2/08 Order also extended the expert discovery deadline
15  to February 29, 2008.
16  4.   On January 25, 2008, this Court issued its "Order Granting Plaintiff's Motion
17  for Partial Summary Judgment; Denying Defendant's Motion for Partial Summary Judgment"
18  ("1/25/08 Order") on the parties' motions taken under submission on December 10, 2007.
19  Since the issuance of the 1/25/08 Order, the parties have been considering their options based
20  on the findings of the Order. For example, Federal recently filed a Motion for Leave to File a
21  Motion for Reconsideration of the 1/25/08 Order.
22  5.   While the parties had effectively halted expert discovery pending receipt of the
23  Court's 1/25/08 Order, the parties have determined to proceed with expert discovery and have
24  noticed certain expert discovery depositions. However, due to pre-existing scheduling
25  conflicts, the parties will be unable to complete expert discovery by the current expert
26  discovery deadline of February 29, 2008.
27  6.   Accordingly, the parties request that this Court grant a final extension of the
28  expert discovery deadline to March 28, 2008, to enable the parties to complete their expert

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DEADLINE  - 2 -

1 | discovery. This extension will not impact any other scheduled date in this action, including the
2 | preliminary pretrial conference scheduled for April 14, 2008.
3 | **NOW, THEREFORE,**
4 | **IT IS HEREBY STIPULATED** that the expert discovery deadline be extended to
5 | **March 28, 2008** (formerly February 28, 2008).
6 | **IT IS SO STIPULATED.**

Dated: February 20, 2008     NEWTON REMMEL

By: ___/s/_____
Stephen L. Newton
Gabriel G. Gregg
Attorneys for Plaintiff and Counterclaim Defendant
FEDERAL INSURANCE COMPANY

Dated: February 20, 2008     SQUIRE, SANDERS & DEMPSEY LLP

By: ___/s/_____
Marc J. Shrake    GG (by permission)
Attorneys for Defendant and Counterclaimant
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: February 20, 2008     BARGER & WOLEN LLP

By: ___/s/_____
Thomas Beer    GG (by permission)
Attorneys for Counterclaim Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

February 21, 2008
___/s/ James Ware_____
JAMES WARE
United States District Judge