1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**\*E-FILED 3/14/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FEDERAL INSURANCE COMPANY,

             Plaintiff,

  v.

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY,

             Defendant.

_____/

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY,

             Counterclaimant,

  v.

FEDERAL INSURANCE COMPANY and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,

             Counterclaim defendants.

_____/

No. C05-01878 JW (HRL)

**ORDER DENYING FEDERAL
INSURANCE COMPANY'S MOTION
FOR ORDER SHORTENING TIME**

**[Re: Docket No. 116]**

On March 10, 2008, plaintiff Federal Fire Insurance Company ("Federal") moved for an

order shortening time on its motion for sanctions against defendant St. Paul Fire and Marine

Insurance Company ("St. Paul"). Federal requests that the hearing on its sanctions motion be

set for March 18, 2008 when this court will hear St. Paul's motion for protective order. St. Paul

opposes the request for shortened time. Upon consideration of the moving and responding

papers, IT IS ORDERED THAT:

Federal's motion for an order shortening time is DENIED. The parties' papers indicate that they are continuing to confer about Federal's request for reimbursement in connection with the cancelled deposition of Dr. Hillman; and, it is not apparent that the matter is yet ripe for judicial intervention. In any event, the court does not find that an expedited hearing is warranted.

Dated:    March 14, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court

For the Northern District of California

**5:05-cv-1878 Notice has been electronically mailed to**:

Thomas R. Beer tbeer@barwol.com, jlee@barwol.com, mbatres@barwol.com, tdo@barwol.com, ynesbitt@barwol.com

Melissa A Dubbs mdubbs@ccplaw.com

William Lee wlee@barwol.com, syoung@barwol.com

Stephen Lynn Newton efile@newtonremmel.com, snewton@newtonremmel.com

Marc J. Shrake mshrake@ssd.com, clopez@ssd.com, ekimble@ssd.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.