**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | Case No. C 05 01878 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT PRELIMINARY PRETRIAL STATEMENT AND CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Counter-Claim Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation<br><br>Counter-Claim Defendants. | |

Pursuant to Civil Local Rules 6-2 and 7-12, the Parties submit the following Stipulation and [Proposed] Order Extending Deadline to File Joint Preliminary Pretrial Statement and Continuing Preliminary Pretrial Conference, to allow the parties time to mediate this case on May 19, 2008, before Hon. Dickran Tevrizian (Ret.) of JAMS:

**WHEREAS:**

1. This action was filed by Federal Insurance Company ("Federal") against St. Paul Fire and Marine Insurance Company ("St. Paul") on May 6, 2005. On June 24, 2005, St. Paul filed a counterclaim against Federal and National Union Fire Insurance Company of Pittsburgh, PA ("National Union").

2. A Scheduling Order was issued on July 12, 2006, essentially adopting the schedule in the parties' Joint Case Management Statement and Proposed Order.

3. On January 2, 2008, the Court entered a Stipulation and Order to Extend Certain Pretrial Dates and the Date of the Preliminary Pretrial and Trial Setting Conference ("1/2/08 Order"). The 1/2/08 Order set a deadline of April 4, 2008, for the parties to file a Joint Preliminary Pretrial Statement and scheduled a Preliminary Pretrial Conference for April 14, 2008.

4. On January 25, 2008, the Court filed a docket entry that again set a deadline of April 4, 2008, for the parties to file a Joint Preliminary Pretrial Statement and scheduled a Preliminary Pretrial Conference for April 14, 2008.

5. On January 25, 2008, the Court entered its Order Granting Plaintiff's Motion for Partial Summary Judgment; Denying Defendant's Motion for Partial Summary Judgment ("1/25/08 Order"). See Docket Item No. 88. On February 22, 2008, the Court entered its Order Denying Federal's Motion for Leave to File Motion for Reconsideration ("2/22/08 Order"). See Docket Item No. 101. On February 27, 2008, the Court entered its Order granting Federal's Motion to Withdraw its Second Motion for Partial Summary Judgment ("2/27/08 Order"). See Docket Item No. 105.

6. Since the issuance of the 1/25/08 Order, the 2/22/08 Order, and the 2/27/08 Order, the parties have been considering their options and discussing potential means to resolve this case.

7. The parties have agreed to engage in a mediation of this case. They have selected Hon. Dickran Tevrizian (Ret.) of JAMS to serve as mediator, and they have reserved the date of May 19, 2008, with Judge Tevrizian.

8. The parties agree that it would be the best use of party and judicial resources to allow the parties time to mediate this case and to extend the deadline to file the Joint Preliminary Pretrial Statement from April 4, 2008, to June 6, 2008, and to continue the Preliminary Pretrial Conference from April 14, 2008, to June 16, 2008.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** that the deadline to file the Joint Preliminary Pretrial Statement is extended from April 4, 2008, to June 6, 2008, and the Preliminary Pretrial Conference is continued from April 14, 2008, to June 16, 2008.

**IT IS SO STIPULATED.**

Dated: April __, 2008

NEWTON REMMEL

By: _/s/ Stephen L. Newton (by permission)_
Stephen L. Newton
Gabriel G. Gregg
Attorneys for Plaintiff and Counterclaim Defendant
FEDERAL INSURANCE COMPANY

Dated: April __, 2007

SQUIRE, SANDERS & DEMPSEY LLP

By: _/s/ Marc J. Shrake_
Marc J. Shrake
Attorneys for Defendant and Counterclaimant
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: April __, 2007

BARGER & WOLEN LLP

By: _/s/ Thomas Beer (by permission)_
Thomas Beer
Attorneys for Counterclaim Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

**\*\*\* ORDER \*\*\***

The Preliminary Pretrial Conference is continued from April 14, 2008 to **June 16, 2008 at 11 a.m.** The parties shall file a Joint Preliminary Pretrial Statement on or before **June 6, 2008.** This is the parties' final continuance.

Dated: April 9, 2008

_/s/ James Ware_
The Honorable James Ware
United States District Judge