**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10   Federal Insurance Company,                    NO. C 05-01878 JW

11                    Plaintiff,          **ORDER FOLLOWING CASE**
        v.                                **MANAGEMENT CONFERENCE**
12

13   St. Paul Fire & Marine Insurance Co., et al.,

14                    Defendants.
     _____/

15

16          The Court conducted a Case Management Conference on June 16, 2008.  Counsel for the

17   respective parties were present.  At the Case Management Conference, counsel for Federal Insurance

     Co. represented that further clarification of the legal import of the Court January 25, 2008 Order
18
     would be helpful in moving this case forward.  Accordingly, the Court confirms that the following
19
     issues were resolved by the Court's January 25, 2008 and February 22, 2008 and May 14, 2008
20
     Orders:[1]
21
            (1)     Neither Fujitsu's original Complaints, nor the extrinsic evidence in the Fujitsu
22
                    Litigation prior to June 18, 2004, triggered St. Paul's duty to defend on the basis of
23
                    "physical damage to the tangible property of others;" and
24

25

26

27   _____

28          [1] (January 25, 2008 Order at 9:20-10:15, 12:14-13:5; Docket Item No. 88; February 22,
     2008 Order, Docket Item No. 101; May 14, 2008 Order, Docket Item No. 135.)

United States District Court

For the Northern District of California

(2)     Neither Fujitsu's original Complaints, nor the extrinsic evidence in the Fujitsu

Litigation prior to June 18, 2004, triggered St. Paul's duty to defend on the basis of

the "sudden and accidental" exception to the "impaired property" exclusion.

The Court's determination of these issues is now the law of the case.

At the Case Management Conference, the parties also jointly represented that resolving the meaning of the "other insurance" provision in the relevant policy would help move this case toward trial.  Accordingly, the Court sets a hearing on the issue for **September 22, 2008 at 9 a.m.**  The cross-motions for summary judgment on this issue shall be filed in accordance with the Local Rules of Court.

Dated:  June 17, 2008

_____
JAMES WARE
United States District Judge

2

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Marc J. Shrake mshrake@ssd.com
    Melissa A Dubbs mdubbs@ccplaw.com
3   Stephen Lynn Newton efile@newtonremmel.com
    Thomas R. Beer tbeer@barwol.com
4   William  Lee wlee@barwol.com

5

6   **Dated:  June 17, 2008**                    **Richard W. Wieking, Clerk**

7

8                                                **By:  /s/ JW Chambers              **
                                                      **Elizabeth Garcia**
9                                                     **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28