IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Federal Insurance Co., | No. C 05-01878 JW |
|     Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| St. Paul Fire & Marine Insurance Co., | |
|     Defendant. | |

This case was scheduled for a case management conference on **October 27, 2008**. Pursuant to the Court's Order, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. Based on their joint submission, it appears that the parties and the Court will benefit by delaying the scheduled case management conference. Accordingly, the October 27 case management conference is VACATED.

The Court continues the Case Management Conference to **December 15, 2008 at 10:00 a.m.** On or before **December 5, 2008**, the parties shall either file a Joint Statement updating the Court on the status of the case, or Proposed Judgments to bring this case to a close.

Dated: October 22, 2008

                                                  JAMES WARE
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Marc J. Shrake mshrake@ssd.com
Melissa A Dubbs mdubbs@ccplaw.com
Stephen Lynn Newton efile@newtonremmel.com
Thomas R. Beer tbeer@barwol.com
William Lee wlee@barwol.com

**Dated:  October 22, 2008**                                          **Richard W. Wieking, Clerk**

                                                **By:  /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California