IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Federal Insurance Co., | NO. C 05-01878 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTING PARTIES TO FILE PROPOSED JUDGMENT** |
| v. | |
| St. Paul Fire & Marine Insurance Co., | |
| Defendant. | |

On December 15, 2008, the parties are scheduled to appear for a Case Management Conference. The parties have timely filed a Joint Case Management Conference Statement. (Docket Item No. 156.) In their Joint Statement, the parties represent they have agreed that the case is ready for entry of judgment. To date, the parties have not filed a proposed final judgment with the Court.

In light of the fact that a proposed judgment is yet on file, the Court CONTINUES the December 15, 2008 Case Management Conference to **December 22, 2008 at 10:00 a.m.** On or before **December 17, 2008,** the parties shall file their proposed final judgment. If the parties timely file their proposed final judgment, the Court will vacate the December 22 Case Management Conference. In the event the parties do not file a proposed final judgment by December 17, the Court will hold the Case Management Conference, and the parties shall file a Joint Case Management Statement by **December 17, 2008.**

Dated: December 10, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Marc J. Shrake mshrake@ssd.com
Melissa A Dubbs mdubbs@ccplaw.com
Stephen Lynn Newton efile@newtonremmel.com
Thomas R. Beer tbeer@barwol.com
William Lee wlee@barwol.com

Dated:  December 10, 2008                    Richard W. Wieking, Clerk

                                                   By:   /s/ JW Chambers
                                                         Elizabeth Garcia
                                                         **Courtroom Deputy**

United States District Court
For the Northern District of California